**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN BRAMLETT, | ) | |
| | ) | 14 C 5939 |
| Plaintiff, | ) | |
| | ) | Honorable Judge |
| vs. | ) | Edmond E. Chang |
| | ) | |
| THOMAS DART, et. al, | ) | Magistrate Judge |
| | ) | Michael T. Mason |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION**
**OF COUNSEL WITHIN THE SAME FIRM**

To:    Patrick W. Morrissey                    Thomas Gerard Morrissey
       Thomas G. Morrissey, Ltd.             Thomas G. Morrissey, Ltd.
       10249 S. Western Ave.                  10249 S. Western Ave.
       Chicago, IL 60643                      Chicago, IL 60643
       (773) 233 – 7900                       (773) 233 – 7900

    **PLEASE TAKE NOTICE** that on January 13, 2015, pursuant to Local Rule 83.17, Jill V. Ferrara, an Assistant State's Attorney for Cook County, withdrew her Appearance for Defendants Officer Sabel and Officer Crot, and Nicholas E. Cummings, an Assistant State's Attorney for Cook County, substituted his Appearance for Defendants Thomas Dart and Cook County, Illinois.

                                          Respectfully Submitted,

                                          ANITA ALVAREZ
                                          State's Attorney of Cook County

By:    /s/ *Nicholas E. Cummings*
       Nicholas E. Cummings
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, Illinois 60602
       (312) 603-6638
       nicholas.cummings@cookcountyil.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas E. Cummings, Assistant State's Attorney, hereby certify that a copy of the foregoing *Defendants' Notice of Withdrawal and Substitution of Counsel within the Same Firm* was served on April 1, 2013, pursuant to the District Court's ECF system as to ECF filers, and by mailing a copy by U.S. Mail First Class with proper postage prepaid.


By: *<u>/s/ Nicholas E. Cummings</u>*
Nicholas E. Cummings